JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONRAD OCTAVIO CRUZ RIVERA, | ) | NO. SA CV 11-796-AHM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| TIMOTHY BUSBY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 16, 2012

**JS-6**

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE